■ MOBIL OIL INDONESIA v ASAMERA OIL (INDONESIA) LTD., et al.—Motion, insofar as it seeks leave to appeal to the Court of Appeals, granted, and the following question certified: "Was the order of this Court, which reversed the order of the Supreme Court, properly made?" Motion, insofar as it seeks a stay pending hearing and determination of the appeal taken to the Court of Appeals, granted on condition that said appeal is expeditiously perfected. The order of this court entered on May 31, 1977, is vacated. Concur—Kupferman, J. P., Lupiano, Birns and Markewich, JJ.

(June 7, 1977)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN TORRES, Appellant.—Judgment, Supreme Court, New York County, rendered on April 3, 1975, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is deemed renewed and is granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Kupferman, J. P., Birns, Capozzoli and Markewich, JJ.

■ In the Matter of the Arbitration between NASSAU COUNTY HEALTH FACILITIES ASSOCIATION, INC., for and on Behalf of Itself and Its Members, Respondent, and LOCAL 1115, JOINT BOARD NURSING HOME AND HOSPITAL EMPLOYEES DIVISION, Appellant.—Judgment, Supreme Court, New York County, entered on March 23, 1977, unanimously affirmed for the reasons stated by Kirschenbaum, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Capozzoli and Lane, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARMELLO VARGAS, Appellant.—Judgment, Supreme Court, New York County, rendered on July 1, 1976, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Lupiano, Evans, Capozzoli and Markewich, JJ.

■ In the Matter of BETTY BERNSTEIN et al., on Behalf of Themselves and All Others Similarly Situated, Respondents, v PHILIP L. TOIA, as Commissioner of the New York State Department of Social Services, et al., Appellants.—Leave to appeal to this court having been granted by Kupferman, J., order of the Supreme Court, New York County, entered on November 3, 1976, unanimously affirmed for the reasons stated by Ascione, J., at Special Term, without costs and without disbursements. Leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of the Supreme Court as affirmed by this court, properly made?" Concur—Murphy, P. J., Kupferman, Evans, Capozzoli and Lane, JJ.

■ In the Matter of ANNIE LEE et al., on Behalf of Themselves and All Others Similarly Situated, Respondents, v J. HENRY SMITH, as Commissioner of the New York City Department of Social Services, Respondent, and PHILIP L. TOIA, as Acting Commissioner of the New York State Department of Social Services, Appellant.—Judgment, Supreme Court, New York County, entered on October 20, 1976, unanimously affirmed for the reasons stated by Helman, J., at Special Term, without costs and without disbursements. Leave to appeal to the Court of Appeals granted and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur—Murphy, P. J., Kupferman, Evans, Capozzoli and Lane, JJ. [87 Misc 2d 1018.]